1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant U.S. Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for the
     United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                  )   1:12-cr-00169-LJO-SKO
    UNITED STATES OF AMERICA,        )
11                                  )
                    Plaintiff,       )
12                                  )   **STIPULATION AND PROTECTIVE**
                                    )   **ORDER BETWEEN THE UNITED**
13          v.                       )   **STATES AND DEFENDANT BALJIT**
                                    )   **SINGH**
14                                  )
    SHARANJIT KAUR, and              )
15  BALJIT SINGH,                    )
                                    )
16                                  )
                    Defendants.      )
17                                  )
                                    )
18  _____  )

19

        WHEREAS, the discovery in this case is voluminous and contains a

20  large amount of personal and confidential information including but not

21  limited to bank account information, personal identifiers and other

22  personal information of victims-customers and the defendants ("Protected

23  Information"); and

24      WHEREAS, the parties desire to avoid both the necessity of large

25  scale redactions and the unauthorized disclosure or dissemination of

26  this information to anyone not a party to the court proceedings in this

27  matter;

28

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant Baljit Singh, by and through counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Grant B. Rabenn, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the

conclusion of the case.

    5.   Defense Counsel will store the discovery in a secure place and
will use reasonable care to ensure that it is not disclosed to third
persons in violation of this agreement.

    6.   Defense Counsel shall be responsible for advising the
Defendant, employees, and other members of the defense team, and defense
witnesses of the contents of this Stipulation and Order.

    7.   In the event that Defendant substitutes counsel, undersigned
Defense Counsel agrees to withhold discovery from new counsel unless and
until substituted counsel agrees also to be bound by this Order.

    8.   Defense Counsel reserves the right to later seek to have the
terms of this Order modified or revoked.   Defense Counsel agrees to
return the discovery to the Government in its complete form if the terms
of this Order are modified or revoked if so requested by the United
States.

    IT IS SO STIPULATED.

DATED: June 29, 2012              BENJAMIN B. WAGNER
                                  United States Attorney


                         By:     /s/Grant B. Rabenn
                                 GRANT B. RABENN
                                 Assistant U.S. Attorney


DATED: June 29, 2012     By:     /s/ Yan Shrayberman
                                 YAN SHRAYBERMAN
                                 Attorney for Defendant
                                 Baljit Singh




IT IS SO ORDERED.

**Dated:   July 2, 2012**         _____/s/ Lawrence J. O'Neill_____
                                  UNITED STATES DISTRICT JUDGE